IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ALEJANDRA CASTANEDA,<br>*Plaintiff*,<br><br>v.<br><br>STATE OF TEXAS – TEXAS TECH<br>UNIVERSITY HEALTH SCIENCES<br>CENTER AT EL PASO,<br>  *Defendant*. | §<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 3:24-cv-00189-LS<br>§<br>§<br>§<br>§<br>§ |

**ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE**

On this day came to be heard Defendant Texas Tech University Health Sciences Center-El Paso's Unopposed Motion to Consolidate. After reviewing the pleadings and the arguments of counsel, the Court finds that the Motion should be **GRANTED.**

The Court **FINDS** that cause numbers 3:24-cv-00189-LS and 3:24-cv-00190-LS are pending in the same court, have common parties, and share issues of law and fact.

The Court further **FINDS** that consolidation will promote judicial economy, and there is risk of inconsistent adjudications.

It is therefore **ORDERED** that cause number 3:24-cv-00189-LS and cause number 3:24-cv-00190-LS shall be consolidated under cause number 3:24-cv-00189-LS.

It is further **ORDERED** that any discovery done in cause number 3:24-cv-00190-LS may be used in this case, including any responses to interrogatories and documents produced in response to requests for production. Any pending discovery in cause number 3:24-00190-LS, including any noticed depositions, are to be conducted as currently scheduled unless the parties agree otherwise.

It is further **ORDERED** that both cases will be governed by the scheduling order entered in cause number 3:24-cv-00189-LS (Dkt. 21). Trial in both causes of action is set to commence at 9:00 AM on November 3, 2025.

Finally, it is **ORDERED** that the Clerk shall ensure (1) that this Order is filed on the docket of 3:24-cv-00190-LS; (2) that all pleadings filed on the docket of 3:24-cv-190-LS are filed on the docket of 3:24-cv-00189-LS; and (3) the Clerk shall **CLOSE** 3:24-cv-190-LS.

**SO ORDERED** this 6th day of June, 2025.

_____
LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE